IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STANLEY TYRONE ROBERTS,

     Appellant,

v.

     Case No.  5D22-1773
     LT Case No. 2020-CF-01033

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed January 10, 2023

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.